**An unpublished order shall not be regarded as precedent and shall not be cited as legal authority. SCR 123.**

# IN THE SUPREME COURT OF THE STATE OF NEVADA

JOHNNIE BENJAMIN JORDAN, JR.,
          Appellant,
        vs.
THE STATE OF NEVADA,
          Respondent.

No. 66791

**FILED**

JUL 1 7 2015

TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY _____
DEPUTY CLERK



## *ORDER DISMISSING APPEAL*

This is an appeal from a judgment of conviction. Eighth Judicial District Court, Clark County; Douglas Smith, Judge.

Appellant's counsel has filed a notice of voluntary withdrawal of this appeal. Counsel advises this court that he has informed appellant of the legal consequences of voluntarily withdrawing this appeal, including that appellant cannot hereafter seek to reinstate this appeal, and that any issues that were or could have been brought in this appeal are forever waived. Having been so informed, appellant consents to a voluntary dismissal of this appeal. Cause appearing, we

ORDER this appeal DISMISSED

_____, J.
Parraguirre

_____, J.
Douglas

_____, J.
Cherry

15-21630

cc: Hon. Douglas Smith, District Judge
Spencer M. Judd
Johnnie Benjamin Jordan, Jr.
Attorney General/Carson City
Clark County District Attorney
Eighth District Court Clerk